## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

VINCENT REED,

    Plaintiff,

v.                                                                              Case No: 8:24-cv-1925-WFJ-AEP

WALMART STORES EAST, LP,

    Defendant.
_____/

## ORDER

    The website for the Florida Department of Corrections shows that Plaintiff is currently housed at the Polk County Correctional Institute. Plaintiff has failed to update his address with the Court. Plaintiff is advised that he must keep the Court apprised of his mailing address at all times. Failure to do so may result in the dismissal of this case. The Clerk shall update Plaintiff's address to the Polk County C.I. (DC #T39408).

    **DONE** and **ORDERED** in Tampa, Florida on August 11, 2025.

    s/*William F. Jung*
    **WILLIAM F. JUNG**
    **UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Plaintiff, *pro se*
Counsel of Record